UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Hon. William H. Walls

                v.            :      Crim. No. 04-722 (WHW)

ANTHONY STEWART               :      O R D E R


     This matter having come before the Court on the petition of
the United States Attorney's Office (Jacques S. Pierre, Assistant
United States Attorney, appearing) and the United States
Probation Office ("USPO") *and the attorney of the defendant consenting* for a hearing regarding the failure of
defendant Anthony Stewart (Andrea Bergman, Assistant Federal
Public Defender, appearing) to comply with certain conditions of
his conditional release imposed on January 23, 2009; and a
violation hearing having been held on September 28, 2010; and for
good cause shown;

     IT IS on this _____ day of October, 2010,

     ORDERED that defendant Stewart is to be released by the
United States Marshal's Service on Thursday, October 7, 2010 to
the custody of the United States Probation Office for immediate
transport to the Best Group Home located at 538 Mount Prospect
Avenue, Newark, New Jersey; and

     IT IS FURTHER ORDERED that all conditions of the January 23,
2009 Consent Order for Conditional Release under 18 U.S.C. §
4243(f) shall remain in full force and effect; and

     IT IS FURTHER ORDERED that defendant Stewart shall comply

with the following additional conditions:

(1) Mr. Stewart shall reside at Best Group Home located at 538 Mount Prospect Avenue, Newark New Jersey;

(2) Mr. Stewart shall participate in mental health and substance abuse services deemed necessary through the Best Group Home, or another agency approved through United States Probation, and will comply with treatment recommendations made by his probation officer and or the mental health professionals;

(3) Mr. Stewart shall submit to monthly blood testing for determination of medication levels to ensure complete compliance with his medication regimen;

(4) Mr. Stewart shall not commit any federal, state, or local crime during the term of his conditional release;

(5) Mr. Stewart shall not illegally possess a controlled substance;

(6) Mr. Stewart shall not leave the judicial district without the permission of the court or probation officer;

(7) Mr. Stewart shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

(8) Mr. Stewart shall notify the probation officer within 24 hours of any change in residence;

(9) Mr. Stewart shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the

probation officer;

(10) Mr. Stewart shall notify the probation officer within 24 hours of being arrested or questioned by a law enforcement officer;

(11) Mr. Stewart shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without permission of the court; and

(12) Mr. Stewart shall not operate any motor vehicle without a valid driver's license issued by the State of New Jersey.  He shall comply with all motor vehicle laws and ordinances and must report all motor vehicle infractions (including any court appearances) within 24 hours to the U.S. Probation Office.

_____
HONORABLE WILLIAM H. WALLS
United States District Judge