**COMMITMENT**

AO 92
(Rev. 6/83)

| United States District Court | DISTRICT |
|---|---|
| | New Jersey |

| UNITED STATES OF AMERICA<br>V.<br><br>Anthony Stewart | DOCKET NO. |
|---|---|
| | MAGISTRATE  CASE  NO.<br>04-772 |

The above named defendant was arrested upon the complaint of

charging a violation of      18: USC § 113

| DISTRICT OF OFFENSE | DATE OF OFFENSE |
|---|---|
| New Jersey | |

DESCRIPTION OF CHARGES:

assault with intent to murder

**BOND IS FIXED AT**

$                    Detained/Remanded

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

11/16/12
*Date*

*United States Judge or Magistrate*

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER<br>RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |